503 A.2d 929

COMMONWEALTH of Pennsylvania

v.

Lawrence Demetrius SIMONS, Petitioner.

Supreme Court of Pennsylvania.

Jan. 21, 1986.

Petition for Allowance of Appeal GRANTED, No. 13 E.D. Appeal Docket 1986.